DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**

FILED
DISTRICT COURT OF GUAM
OCT -6 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00041**  **DATE: October 6, 2005**

***

HON. LLOYD D. GEORGE, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Electronically Recorded -RUN TIME: 10:43:53 - 11:13:50

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. EDROSA / J. LIZAMA

**************************APPEARANCES**************************

**DEFT: RYAN YI-FU TSANG**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON          AGENT:

U.S. PROBATION: CARLEEN BORJA         U.S. MARSHAL: G. PEREZ

INTERPRETER: _____  LANGUAGE: _____

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 12    Total offense level: 10    Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
 Requested for the Court's consideration regarding the defendant's cooperation.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
 Recommended a 21 month sentence.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

The Court Granted the Government's Motion for Downward Departure.

Defense requested for the defendant to be allowed to serve his term of supervised release in Mainland China. No objections by the Government or Probation - Granted.

SENTENCE: CR-04-00041                    DEFENDANT: RYAN YI-FU TSANG

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 21 MONTHS WITH CREDIT FOR TIME SERVED .

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  THREE YEARS  .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL OFFENSE.

2. DEFENDANT SHALL NOT REFRAIN FROM UNLAWFUL USE OF A CONTROLLED SUBSTANCE AND SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER FOR USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE AS AUTHORIZED BY 42 U.S.C. §14135a.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

DEFENDANT WAS ORDERED TO PAY A $2,000.00 FINE IN LIEU OF 300 HOURS COMMUNITY SERVICE.

DEFENDANT WAS ALSO ORDERED TO PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

Courtroom Deputy: ____