# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>vs.<br><br>Ryan Yi-Fu Tsang,<br><br>  Defendant. | Case No. 1:04-cr-00041<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed October 6, 2005 and Notice of Entry filed October 7, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen M.T. Mantanona* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 7, 2005* | *October 7, 2005* | *October 7, 2005 (Judgment Only)* | *October 11, 2005 (Judgment Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed October 6, 2005 and Notice of Entry filed October 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005    /s/ Marilyn B. Alcon
                                            Deputy Clerk