

FILED
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | CRIMINAL CASE NO. 04-00041-001 |
| Plaintiff ) | | |
| ) | | |
| vs. ) | | SPECIAL REPORT |
| ) | | |
| RYAN YI-FU TSANG, ) | | |
| Defendant ) | | |
| _____) | | |

**Re:   Client's death.**

On October 6, 2005, Ryan Yi-Fu Tsang was sentenced in the District Court of Guam by the Honorable Lloyd D. George for the offense of Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557. Mr. Tsang was sentenced to twenty-one months imprisonment with credit for time served, followed by a three year term of supervised release with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; pay a $100 special assessment fee; and pay a $2,000 fine. The Court also ordered that Mr. Tsang will be allowed to serve his term of supervised release in Mainland China, if arrangements could be made.

Mr. Tsang submitted to two of the three required drug tests with negative results. On May 25, 2005, he submitted to a DNA sampling of his blood, and paid his special assessment fee. Mr. Tsang did not make any payments towards his fine obligation as he had difficulty obtaining employment.

ORIGINAL

SPECIFIC REPORT
Client's death
Re: TSANG, Ryan Yi-Fu
USDC Cr. Cs. No. 04-00041-001
August 29, 2006
Page 2

On August 2, 2006, Mr. Tsang committed suicide. His case file was closed with the U.S. Probation Office upon his death. Attached is a copy of the death certificate.

RESPECTFULLY submitted this 29th day of August 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Attachment
cc: Karon Johnson, AUSA
    Rawlen Mantanona, Defense Counsel
    File

# GOVERNMENT OF GUAM
## U.S. STANDARD
## CERTIFICATE OF DEATH

FILE NUMBER: 180-2006-000420

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | RYAN YI FU TSANG |
| 2. SEX | MALE |
| 3. DATE OF DEATH | AUGUST 02, 2006 |
| 4. SOCIAL SECURITY NUMBER | [redacted]5254 |
| 5a. AGE—Last Birthday (Years) | 57 |
| 5b. UNDER 1 YEAR | |
| 5c. UNDER 1 DAY | |
| 6. DATE OF BIRTH (Month, Day, Year) | [redacted] 1948 |
| 7. BIRTHPLACE (City and State or Foreign Country) | KOREA |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | NO |
| 9a. PLACE OF DEATH | ☒ DOA |
| 9b. FACILITY NAME | GUAM MEMORIAL HOSPITAL AUTHORITY |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | OKA, TAMUNING |
| 9d. COUNTY OF DEATH | GUAM |
| 10. MARITAL STATUS | DIVORCED |
| 11. SURVIVING SPOUSE | |
| 12a. DECEDENT'S USUAL OCCUPATION | Proprietor |
| 12b. KIND OF BUSINESS/INDUSTRY | The Lotus Restaurant |
| 13a. RESIDENCE—STATE | GUAM |
| 13b. COUNTY | |
| 13c. CITY, TOWN, OR LOCATION | MAITE |
| 13d. STREET AND NUMBER | [redacted] |
| 13e. INSIDE CITY LIMITS? | NO |
| 13f. ZIP CODE | 96910 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN? | ☒ No |
| 15. RACE | KOREAN/CHINESE |
| 16. DECEDENT'S EDUCATION | College 4 |
| 17. FATHER'S NAME | SHUE SONG TSANG |
| 18. MOTHER'S NAME | WEN SHEN WANG |
| 19a. INFORMANT'S NAME | JOANNE TSANG |
| 19b. MAILING ADDRESS | P. O. BOX 241991 LOS ANGELES CALIFORNIA 90024 |
| 20a. METHOD OF DISPOSITION | 8-7-06 ☒ Cremation |
| 20b. PLACE OF DISPOSITION | Ada's Crematorium |
| 20c. LOCATION—City or Town, State | Afame Sinajana, Guam |
| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE | [signature] |
| 21b. LICENSE NUMBER | 13-000096001-001 |
| 22. NAME AND ADDRESS OF FACILITY | Ada's Mortuary, Inc. Afame Sinajana, Guam |
| 24. TIME OF DEATH | 2:35 P.M. |
| 25. DATE PRONOUNCED DEAD | AUGUST 02, 2006 |
| 26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? | |

### 27. PART I.

a. IMMEDIATE CAUSE: **ASPHYXIA DUE TO HANGING** — Approximate Interval: MINUTES

### PART II.
(blank)

| Field | Value |
|---|---|
| 28a. WAS AN AUTOPSY PERFORMED? | YES |
| 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | YES |
| 29. MANNER OF DEATH | ☒ Suicide |
| 30a. DATE OF INJURY | 08/02/2006 |
| 30b. TIME OF INJURY | BEFORE 11:00 AM |
| 30c. INJURY AT WORK? | NO |
| 30d. DESCRIBE HOW INJURY OCCURRED | DECEDENT FOUND IN A HANGING POSITION FROM CLOSET. |
| 30e. PLACE OF INJURY | AT HOME. |
| 30f. LOCATION | 201 VACATION INN MAITE, GUAM |
| 31a. CERTIFIER | ☒ MEDICAL EXAMINER/CORONER |
| 31b. SIGNATURE AND TITLE OF CERTIFIER | [signature] |
| 31c. LICENSE NUMBER | M1038 |
| 31d. DATE SIGNED | AUGUST 04, 2006 |
| 32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | AURELIO A. ESPINOLA, M.D. (CME) #325 DUENAS DRIVE, TAMUNING, GUAM 96913 |
| 33. REGISTRAR'S SIGNATURE | Carolyn R. Garrido / CAROLYN R. GARRIDO |
| 34. DATE FILED | AUG 07 2006 |