⚡PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

**FILED
DISTRICT COURT OF GUAM
SEP 13 2006
MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

RYAN YI-FU TSANG

CRIMINAL CASE NO. 04-00041-001

On March 29, 2006 the above named was placed on supervised release for a period of five years. On August 2, 2006, Mr. Tsang committed suicide. I therefore recommend that the proceedings in the case be terminated and his case file closed with the U.S. Probation Office.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED
SEP - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM**

cc: Rawlen Mantanona, Defense Counsel
Karon V. Johnson, AUSA
File

ORDER OF COURT

Pursuant to the above report, it is ordered that Ryan Yi-Fu Tsang be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of September 2006.

_____
FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge

**ORIGINAL**

✓